FILED
U.S. DISTRICT COURT
2013 NOV 20 P 4:41
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK ALLEN CALL, <br><br> Plaintiff, <br><br> v. <br><br> TERRY L. THOMPSON et al., <br><br> Defendants. | DISMISSAL ORDER <br> & MEMORANDUM DECISION <br><br> Case No. 1:13-CV-59 DS <br><br> District Judge David Sam |

Plaintiff, inmate Mark Allen Call, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated June 12, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

On September 3, 2013, the Court granted Plaintiff a thirty-day time extension in which to file the amended complaint. More than two months later, Plaintiff has yet to file anything new. Indeed, the Court's most recent correspondence with Plaintiff was returned to sender, marked, "NO LONGER AT THIS ADDRESS UNABLE TO FORWARD."

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED.**

DATED this 20th day of November, 2013.

BY THE COURT:

*[signature]*
JUDGE DAVID SAM
United States District Court